# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONYA McFADDEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner for | : | |
| Social Security | : | No. 23-2432 |

## O R D E R

**AND NOW**, this 9th day of January, 2024, in accordance with the Opinion filed by the undersigned on this date, it is hereby ORDERED that Plaintiff's Request for Review is GRANTED IN PART and the matter remanded to the Agency to obtain a report from an orthopedist, or other medical expert able to opine on Plaintiff's manipulative limitations within the relevant period.

This case may be marked by the Clerk's Office as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE